■ JAMIE L. RICHTER, Respondent, v ELNORA DUNLAP et al., Appellants. [627 NYS2d 604] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defen-

dants' motion. Plaintiff failed to provide a sufficient excuse for her failure to file a note of issue within the 90-day demand period *(see, Terry v Southern Container,* 214 AD2d 983 [decided herewith]; *Franck v CNY Anesthesia Group,* 175 AD2d 605; *MacLeod v Nolte,* 106 AD2d 860; *Barnard v Tops Friendly Mkts.,* 99 AD2d 654), and her attorney's affidavit, which contained only conclusory allegations of merit, is insufficient to demonstrate a meritorious cause of action *(see, Terry v Southern Container, supra; Freer v Black,* 175 AD2d 577, *lv denied* 78 NY2d 862; *Zent v Board of Educ.,* 174 AD2d 1047, 1048). (Appeal from Order of Supreme Court, Niagara County, Mintz, J.—Dismiss Complaint.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.